PS 8
(12/04)

# UNITED STATES DISTRICT COURT
# for the
# District of New Jersey

U.S.A. vs. **Shakira Cox**                  Docket No. **14-4518**

## Petition for Action on Conditions of Pretrial Release

COMES NOW LURA JENKINS PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Shakira Cox**, who was placed under pretrial release supervision by the **HONORABLE LOIS H. GOODMAN** sitting in the Court at **Trenton, New Jersey**, on **April 29, 2015**, under the following conditions:

1. Pretrial Services Supervision.
2. Surrender all passports/travel documents. Do not apply for new travel documents.
3. Travel restricted to the continental New Jersey, unless otherwise approved by Pretrial Services.
4. Released into the third party custody of Dorethea Hunter.
5. Substance abuse testing/treatment as directed by Pretrial Services. Refrain from obstructing or tampering with substance abuse testing procedures/equipment.
6. Mental health testing/treatment as directed by Pretrial Services.
7. Maintain current residence or a residence approved by Pretrial Services.

On September 9, 2015, Dorethea Hunter was removed as third party custodian and replaced by Deshona Miles.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL SCHEDULE A BAIL REVIEW HEARING

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 21st day of June, 2017 and ordered filed and made a part of the records in the above case. | Executed on _____ |
| _____ LOIS H. GOODMAN U.S. Magistrate Judge | _____ LURA JENKINS U.S. Pretrial Services Officer |

Hearing scheduled for 7/6/17 at 12:00 p.m.